**Motion Denied; Order filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00203-CR

———————

**JAIME LEE GAMEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-061850**

## ORDER

Appellant is represented by appointed counsel, Michael Diaz. Appellant's brief was originally due August 13, 2014. We granted a total of 90 days' extension of time to file appellant's brief until November 14, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 3, 2014, counsel filed a further

request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Michael Diaz to file a brief with the clerk of this court on or before December 8, 2014. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.